# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00530-CR

**Carolina Arroyo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT NO. B-00-0125-S, HONORABLE DICK ALCALA, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for possession of cocaine. Sentence was imposed on June 28, 2000. There was no motion for new trial. The deadline for perfecting appeal was therefore July 28, 2000. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on August 9, 2000. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. There is no indication that notice of appeal was properly mailed and received within the time prescribed by rule 9.2. *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   September 14, 2000

Do Not Publish